IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

AMBER C. YERENA                                                       PLAINTIFF

V.                               NO. 12-3118

CAROLYN W. COLVIN,[1]
Acting Commissioner of the Social Security Administration       DEFENDANT

## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ and dismisses Plaintiff's complaint with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 12th day of September, 2013.

                                                     /s/ *Erin L. Setser*
                                                     HON. ERIN L. SETSER
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.